No. 924, Misc. CUNNINGHAM v. MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari and other relief denied. 

No. 131. PALMIERI v. FLORIDA, *ante,* p. 218;

No. 423. BARATTA v. UNITED STATES, *ante,* p. 939;

No. 443. PENNSYLVANIA PUBLIC UTILITY COMMISSION v. BESSEMER & LAKE ERIE RAILROAD CO. ET AL., *ante,* p. 959;

No. 519. HAYUTIN v. UNITED STATES, *ante,* p. 961;

No. 521. DREYFUS v. MICHAEL REESE HOSPITAL & MEDICAL CENTER, *ante,* p. 961;

No. 560. ARNOLD CONSTABLE CORP. v. EUDOWOOD SHOPPING CENTER, INC., *ante,* p. 979;

No. 567. NASH v. UNITED STATES, *ante,* p. 961;

No. 36, Misc. KING v. TENNESSEE, *ante,* p. 863;

No. 62, Misc. USSERY ET AL. v. UNITED STATES, *ante,* p. 866;

No. 521, Misc. FAILLA v. CALIFORNIA ET AL., *ante,* p. 926;

No. 704, Misc. PEREZ v. CROUSE, WARDEN, *ante,* p. 988; and

No. 740, Misc. BELTOWSKI v. MINNESOTA, *ante,* p. 988. Petitions for rehearing denied.

No. 16. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN ET AL. v. CHICAGO, ROCK ISLAND & PACIFIC RAILROAD CO. ET AL., *ante,* p. 129;

No. 18. HARDIN, PROSECUTING ATTORNEY, ET AL. v. CHICAGO, ROCK ISLAND & PACIFIC RAILROAD CO. ET AL., *ante,* p. 129; and

No. 558. PENNINGTON ET AL. v. UNITED MINE WORKERS OF AMERICA, *ante,* p. 983. Petitions for rehearing denied. MR. JUSTICE FORTAS took no part in the consideration or decision of these petitions.